UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KRISTINA KRAFT,

                           Plaintiff,

v.                                                **ORDER**

MARRIOTT INTERNATIONAL INC., et al.,     20-cv-02789 (PMH)

                           Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On September 14, 2020, the parties submitted a letter jointly requesting that (1) this action be transferred to the Western District of New York pursuant to 28 U.S.C. § 1404(a), (2) the Court dismiss Plaintiff's fifth cause of action, and (3) the Court extend Defendants' time to answer the remaining claims asserted in Plaintiff's Amended Complaint until 21 days after entry of an order transferring this action to the Western District of New York. (Doc. 35).

Accordingly, pursuant to 28 U.S.C. § 1404(a), the Clerk of Court is instructed to transfer this case to the Western District of New York, without delay, and terminate this action.

Additionally, the Court dismisses Plaintiff's fifth cause of action and extends Defendants' time to answer Plaintiff's Amended Complaint to 21 days after entry of this Order.

                                                          **SO ORDERED:**

Dated: New York, New York
       September 15, 2020

                                               Philip M. Halpern
                                               United States District Judge